IN THE UNITED STATED DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| JUDY A. FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Case No. 3:11-cv-01216 |
| ) | Judge Haynes/Magistrate Bryant |
| ) | JURY DEMAND |
| SPRING MEADOWS HEALTH ) | |
| CARE CENTER, LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS**

*[Handwritten annotation: ORDER — For the reasons and authorities cited in Plaintiff's response (D/E No. 16), this motion is DENIED. See Tuttle v. Metro Gov't of Nashville, 474 F.3d 307, 317 (6th Cir. 2007). /s/ [Judge] 5-2-12]*

Comes now the Defendant, SPRING MEADOWS HEALTH CARE CENTER, LLC, by and through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss the Plaintiff's claim under 29 U.S.C. § 621 for discrimination in employment based upon age, as the Plaintiff's Complaint fails to state a claim upon which relief may be granted. In support hereof, Defendant states as follows:

1. Plaintiff has failed to allege facts which would show direct age discrimination or support a *prima facie* case of age discrimination. Specifically, Plaintiff has altogether failed to allege that she was replaced by someone outside of the protected class.

2. Defendant contemporaneously files a Memorandum of Law in support of this Motion.

Wherefore, premises considered, the Defendant prays that the Court find that the Plaintiff's 29 U.S.C. § 621 claim fails to state a claim upon which relief may be granted and should be dismissed with prejudice.