IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JUDY A. FOSTER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No.:3-11-1216 |
| SPRING MEADOWS HEALTH CARE CENTER LLC, | ) | |
| | ) | Judge ASPEN |
| | ) | |
|     Defendant. | ) | JURY DEMANDED |
| | ) | |

## REPORT TO THE COURT

Comes now the parties, JUDY A. FOSTER and SPRING MEADOW HEALTH CARE CENTER, LLC, and pursuant to this Court's Order entered on February 7, 2012, docket # 39 states as follows:

    1.  **Expert Witnesses**.  The parties will not be using expert witnesses in this trial.

    2.  **Number of Jurors**. The parties agree on eight (8) jurors.

    3.  **Verdict**. The parties do not consent to less than a unanimous verdict.

    4.  **Settlement Discussions**. Plaintiff made a settlement demand on March 27, 2012. The parties do anticipate discussing settlement.

    5.  **Deposition designations.**

    The parties do not anticipate presenting deposition

1

testimony at trial, other than for impeachment purposes.

    6. **Schedule of demonstrative evidence or experiments to be offered at trial.** None.

    7. **Statement that each party has completed all discovery.**

    a)   Plaintiff has completed all discovery.

    b)   Defendant has completed all discovery.

RESPECTFULLY SUBMITTED:

*/s/ Debra A. Wall*
DEBRA A. WALL, BPR #11331
Attorney for Plaintiff
133 Franklin Street
Clarksville, TN 37040
Telephone:(931) 906-3904
Facsimile: (931)906-3908
Email: debraawall@msn.com

*s/Kathryn W.Olita*
Kathryn W. Olita, B.P.R. #023075
Erik Fuqua, B.P.R. #029972
Attorneys for Defendant
121 South Third Street
Clarksville, Tennessee 37040
Telephone: (931)647-1501
Facsimile: (931) 553-0153
email: kwolita@batsonnolan.com

2

3