IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **JUDY FOSTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-cv-01216 |
| vs. ) | |
| ) | JUDGE ASPEN |
| **SPRING MEADOWS HEALTH** ) | |
| **CARE CENTER, LLC,** ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

**JURY INSTRUCTIONS NUMBER 3**

**CORPORATION NOT TO BE PREJUDICED**

The fact that a corporation is a party must not influence you in your deliberations or in your verdict. Corporations and persons are equal in the eyes of the law. Both are entitled to the same fair and impartial treatment and to justice by the same legal standards.

*Nashville C. & St. L. Ry. V. Mangrum, 15 Tenn.App 518 (1932)*

Respectfully submitted,

*/s/ Debra A. Wall*
DEBRA A. WALL, BPR #11331
Attorney for Plaintiff
133 Franklin Street
Clarksville, TN 37040
Telephone:(931) 906-3904
Facsimile: (931)906-3908

1

Email: debraawall@msn.com

**CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing is being forwarded via the Court's Electronic Mailing System to:

Kathryn W. Olita
Erik Fuqua
121 South Third Street
Clarksville, Tennessee 37040

on this the 5th day of April, 2013.

                                        _s/Debra A. Wall_____
                                        Debra A. Wall