IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JUDY FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-cv-01216 |
| vs. ) | |
| ) | JUDGE ASPEN |
| SPRING MEADOWS HEALTH ) | |
| CARE CENTER, LLC, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

**JURY INSTRUCTIONS NUMBER 4**

**LIABILITY OF A CORPORATION**

A corporation can act only through its officers and employees. Any act or omission of an officer or an employee of a corporation, within the scope of course of her employment, is the act or omission of the company.

*E.E.O.C. v. Wal-Mart Stores, Inc., 11 F. Supp.2d 1313, 1321 (D.N.M. 1998).*

Respectfully submitted,

*/s/ Debra A. Wall*
DEBRA A. WALL, BPR #11331
Attorney for Plaintiff
133 Franklin Street
Clarksville, TN 37040
Telephone:(931) 906-3904
Facsimile: (931)906-3908

1

Email: <u>debraawall@msn.com</u>

**<u>CERTIFICATE OF SERVICE</u>**

This certifies that a copy of the foregoing is being forwarded via the Court's Electronic Mailing System to:

Kathryn W. Olita
Erik Fuqua
121 South Third Street
Clarksville, Tennessee 37040

on this the 5th day of April, 2013.

                                                _<u>s/Debra A. Wall</u>_____
                                                Debra A. Wall