```
          IN THE UNITED STATED DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF TENNESSEE
                          AT NASHVILLE
```

    JUDY A. FOSTER,                )
                                   )
            Plaintiff,             )
                                   )
    vs.                            ) Case No. 3:11-cv-01216
                                   ) JUDGE ASPEN
                                   )
    SPRING MEADOWS HEALTH          )
    CARE CENTER, LLC,              ) JURY DEMAND
                                   )
            Defendant.             )

                    **PLAINTIFF'S PROPOSED VERDICT FORM**

**Question 1**: Do you find that Plaintiff Judy Foster is entitled to recover for race discrimination?

    _____     Yes                    _____ NO

**Question 2**: Do you find that Plaintiff Judy Foster is entitled to recover for age discrimination?

    _____     Yes                    _____ NO

If your answer to either Question Number 1 or Question Number 2, is yes go to Question Number 3. If your answer to Questions Number 1 and Question Number 2 were no, sign and date this form.

**Question 3**: We find Judy Foster is entitled to recover $_____ in damages.

Go to Question Number 4.

**Question 4**: We find Judy Foster is or is not entitled to recover

punitive damages..

\_\_\_\_ Yes          \_\_\_\_ NO

If your answer is no, sign and date this form. If your answer is yes, go to Question Number 5.

**Question 5:** We find Judy Foster is entitled to recover $_____ in punitive damages.


_____
Foreperson


_____
Date