# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JUDY A. FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 03:11-CV-01216 |
| SPRING MEADOWS HEALTH ) | |
| CARE CENTER LLC, ) | Judge ASPEN |
| ) | |
| Defendant. ) | JURY DEMAND |
| ) | |

## DEFENDANT'S PROPOSED JURY VERDICT FORM

**Question 1:** Do you find that Judy Foster has proven by a preponderance of the evidence that Spring Meadows terminated her employment on the basis of her race?

____ Yes                              ____ No


**Question 2:** Do you find that Judy Foster has proven that **"but for"** her age, Spring Meadows would not have terminated her employment?

____ Yes                              ____ No


If your answer to either Question Number 1 or Question Number 2 is yes, go to Question Number 3. If your answers to Question Number 1 and Question Number 2 are no, sign and date this form.

**Question 3**: What amount of damages, if any, has Judy Foster proven by a preponderance of evidence to have been proximately caused by Defendant's discrimination:   $_____
[*state the amount, or if you find that the Plaintiff had no actual damages and the Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00*].

1

Go to Question Number 4.

**[SUBJECT TO DEFENDANT'S OBEJCTION TO THIS CLAIM GOING FORWARD, D.E. 43, 62] Question 4**: Do you find that Judy Foster has proven that Spring Meadows acted maliciously or in reckless disregard for her rights?

\_\_\_\_ Yes  \_\_\_\_ No

If your answer is no, sign and date this form. If your answer is yes, go to Question Number 5.

**Question 5:** We find Judy Foster is entitled to recover $_____ in punitive damages.

_____
Foreperson

_____
Date

2

Case 3:11-cv-01216   Document 65   Filed 04/19/13   Page 2 of 2 PageID #: 872