**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| JUDY A. FOSTER, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No.:3-11-1216 |
| SPRING MEADOWS HEALTH | ) | |
| CARE CENTER LLC, | ) | Judge ASPEN |
| | ) | |
|       Defendant. | ) | JURY DEMANDED |
| | ) | |

<u>**PROPOSED AGREED ORDER OF COMPROMISE**</u>
<u>**AND DISMISSAL WITH PREJUDICE**</u>

Come the parties, as indicated below by the respective signatures of their counsel of record, and announce to the Court that all claims at issue between the parties have been resolved, and the parties hereby submit this Proposed Agreed Order of Compromise and Dismissal with Prejudice based upon the agreement of the parties.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed with prejudice with each party to bear its/her own attorneys' fees and discretionary costs incurred in the litigation.

Entered this _____ day of _____, 2014.

_____
Marvin E. Aspen
United States District Judge

APPROVED FOR ENTRY:

*/s/ Debra A. Wall*
DEBRA A. WALL, BPR #11331
Attorney for Plaintiff
133 Franklin Street
Clarksville, TN 37040
Telephone:(931) 906-3904
Facsimile: (931)906-3908
Email: debraawall@msn.com


*/s/ Kathryn W. Olita*
Kathryn W. Olita, B.P.R. #023075
Erik Fuqua, B.P.R. #029972
Attorneys for Defendant
121 South Third Street
Clarksville, Tennessee 37040
Telephone: (931)647-1501
Facsimile: (931) 553-0153
Email: kwolita@batsonnolan.com

2