IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JUDY A. FOSTER, | ) |
| Plaintiff, | ) |
| vs. | ) No.:3-11-1216 |
| SPRING MEADOWS HEALTH CARE CENTER LLC, | ) Judge ASPEN |
| Defendant. | ) JURY DEMANDED |

## PROPOSED AGREED ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE

Come the parties, as indicated below by the respective signatures of their counsel of record, and announce to the Court that all claims at issue between the parties have been resolved, and the parties hereby submit this Proposed Agreed Order of Compromise and Dismissal with Prejudice based upon the agreement of the parties.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed with prejudice with each party to bear its/her own attorneys' fees and discretionary costs incurred in the litigation.

Entered this 21st day of April, 2014.

_____
Marvin E. Aspen
United States District Judge