UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUDY A. FOSTER | ) |
| | ) |
| v. | )  NO. 3:11cv1216 |
| | )  JUDGE ASPEN |
| SPRING MEADOWS HEALTH | ) |
| CARE CENTER LLC | ) |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/21/2014.

     KEITH THROCKMORTON, CLERK
     s/Tina M. Webster, Deputy Clerk